# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:08-CV-411-FDW

| | |
|---|---|
| TOMMY EDWARD MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | SUPPLEMENTAL |
| ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court to supplement the Order dated 11 September 2008 granting in part and denying in part Plaintiff's motion to proceed *in forma pauperis*.

IT IS HEREBY ORDERED that all process issued in connection with this action shall be served by the United States Marshal at the expense of the United States Government.

IT IS SO ORDERED.

Signed: October 1, 2008

Frank D. Whitney
United States District Judge