# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tommy Edward Martin,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:08cv411

Michael J. Astrue,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion to Dismiss and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/15/2009 Order.

                                            Signed: April 15, 2009

                                            */s/ Frank G. Johns*

                                            Frank G. Johns, Clerk
                                            United States District Court